# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re Daryl Armstead,<br><br>          Petitioner. | No. CV 10-5291-CJC (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of habeas jurisdiction.

DATED: July 27, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE